

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-22-2015

# Tobias Chavez v. Dole Food Company Inc

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Tobias Chavez v. Dole Food Company Inc" (2015). *2015 Decisions.* Paper 1002.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/1002

This September is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-4144

_____

TOBIAS BERMUDEZ CHAVEZ, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00697)

____

JULIO ABREGO ABREGO, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00698)

_____

ALVARADO ALFARO MIGUEL FRANCISCO, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00699)

_____

JORGE LUIS AGUILAR MORA, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00700)

_____

EDWIN AGUERO JIMENEZ, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00701)

_____

GONZALEZ ARAYA FRANKLIN, et al.,
v.
DOLE FOOD COMPANY, INC., et al.
(D. Del. No. 1-12-cv-00702)

TOBIAS BERMUDEZ CHAVEZ, et al.,
Appellants

_____

On Appeal from the United States District Court
for the District of Delaware

(D.C. Nos. 1-12-cv-00697, 1-12-cv-00698, 1-12-cv-00699,
1-12-cv-00700, 1-12-cv-00701, and 1-12-cv-00702)
District Judge:  Honorable Richard G. Andrews

_____

PRESENT:   McKEE, Chief Judge, AMBRO, FUENTES, SMITH, FISHER,
CHAGARES, HARDIMAN, GREENAWAY, JR., VANASKIE,
SHWARTZ, KRAUSE, and NYGAARD[1], Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court  shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and judgment entered on August 11, 2015 are hereby vacated.

By the Court,

s/ Theodore A. McKee
Chief Circuit Judge

Dated:  September 22, 2015
JK/cc: All Counsel of Record

_____

1 As to panel rehearing only; will participate as a member of the en banc court pursuant
to 3d. Cir. I.O.P. 9.6.4.